# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**Division of Filing**      **Place of Offense**     **Matter to be Sealed**

- ■ Western    ☐ St. Joseph    Jackson     ☐ Secret Indictment
- ☐ Central    ☐ Southern    County and elsewhere    ☐ Juvenile
- ☐ Southwestern

**Defendant Information**

Defendant Name    Dauod L. Holmes
Alias Name    Bootsie
Birthdate    06/23/1978

**Related Case Information**

Superseding Indictment/Information   ■ Yes ☐ No   if yes, original case number 09-00188-01/14-CR-W-SOW
New Defendant     ☐ Yes ■ No
Prior Complaint Case Number, if any N/A

**U.S. Attorney Information**

AUSA   Joseph M. Marquez

**Interpreter Needed**

☐ Yes    Language and/or dialect _____
■ No

**Location Status**

Arrest Date _____
■ Currently in Federal Custody
☐ Currently in State Custody    Writ Required    ☐ Yes ■ No
☐ Currently on bond    Warrant Required    ☐ Yes ■ No

**U.S.C. Citations**

Total # of Counts  2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 21:846=CM.F/6801/4 | Conspiracy to distribute more than 5 KG Cocaine | 1 |
| 2 | 21:843B=CD.F/6801/4 | Use of Communication Facility | 17 |
| 3 | | | |
| 4 | | | |
| 5 | | | |

(May be continued on reverse)

Date    8/20/09      Signature of AUSA    /s/